RECEIVED
USDC WESTERN DISTRICT OF LA
DATE 12/31/08
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EARL KING HARRISON | CIVIL ACTION NO. 06-cv-1198 |
| VERSUS | JUDGE STAGG |
| LARRY C. DEEN, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 47) is **granted** and all claims against Sheriff Larry Deen, Joe Parrish, and Jerry Sims are **dismissed with prejudice**. The only remaining defendant is Lt. Maggio.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 31st day of December, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE