U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 25 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EARL KING HARRISON | CIVIL ACTION NO. 06-cv-1198 |
| VERSUS | JUDGE STAGG |
| LARRY C. DEEN, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Lt. Maggio are **dismissed without prejudice** for failure to prosecute. All claims against all parties have now been **dismissed**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of June, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE